# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 25, 2022

## NO. 03-22-00056-CR

**Miles Wilson, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 264TH DISTRICT COURT OF BELL COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH**
**DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE KELLY**

This is an appeal from the trial court's order denying appellant's motion for production. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.